1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:  )   S.W. NO. 2:12-SW-211 KJN
                                 )
1018 LIVE OAK BOULEVARD, SUITE B )   ORDER RE: REQUEST TO UNSEAL
YUBA CITY, CALIFORNIA 95991      )   SEARCH WARRANT AND SEARCH
                                 )   WARRANT AFFIDAVIT
                                 )
                                 )
                                 )
                                 )
_____)

  Upon application of the United States of America and good cause having been shown,

  IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: May 11, 2012

_____
DALE A. DROZD
United States Magistrate Judge